UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| VERNON AUGUSTUS GUION, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 4:11-CV-159-F |
| | ) | |
| RAY MABUS, | ) | |
| Secretary of the Navy, | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion to Dismiss is ALLOWED. The Plaintiff's Title VII claim is DISMISSED for failure to state a claim under Rule 12(b)(6). The Plaintiff's claim for relief under Title VII for un-exhausted, unrelated and untimely claims is DENIED for lack of subject matter jurisdiction under Rule 12(b)(1). This action is DISMISSED and the Clerk of Court is DIRECTED to close the case.

**This Judgment Filed and Entered on April 17, 2012, and Copies To:**

Vernon Augustus Guion (via regular mail to 317 Rocky Run Road, New Bern, NC 28562)
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)

DATE                                                         JULIE A. RICHARDS, CLERK
April 17, 2012                                    /s/ Susan K. Edwards
                                                                         (By) Susan K. Edwards, Deputy Clerk